UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MATTHEW FETUI, )
)
                      Plaintiff, )
      v. )
)
THE RAYMOND CORPORATION, a )
foreign corporation; RAYMOND )
HANDLING CONCEPTS CORPORATION, )
a foreign corporation; and JOHN DOE )
DEALER, SERVICE AND/OR )
MAINTENANCE COMPANY, )
)
                      Defendants. )
_____)

No. C05-1432RSL

ORDER VACATING
ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On September 13, 2006, the Court ordered plaintiff to deliver a courtesy copy of the documents he filed on September 7, 2006. Plaintiff has now done so. The Order to Show Cause (Dkt. # 23) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 15th day of September, 2006.

                                              /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER